FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 20, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KIMBERLY SUE QUILL,<br><br>Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 1:23-CV-3110-TOR<br><br><br><br>ORDER OF REMAND |

BEFORE THE COURT is the Parties Stipulated Motion for Remand. ECF No. 14. The Parties Stipulated Motion, ECF No. 14, is **GRANTED**.

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for benefits be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings. Upon remand, the Administrative Law Judge will be directed to offer Plaintiff the opportunity for a hearing; re-evaluate Plaintiff's need

for a walker and the severity of her impairments at step three; continue with the remaining steps of the sequential evaluation process; and issue a new decision.

This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the case to the Commissioner for further administrative proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

The Plaintiff's Opening Brief (motion), ECF No. 10, is **DENIED as moot**.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and CLOSE the file.

DATED December 20, 2023.



_____
THOMAS O. RICE
United States District Judge

Page 2   ORDER - [1:23-cv-03110-TOR]